**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF WYOMING**

In re:  RANDY R. PITT CONSTRUCTION, INC., A            §      Case No. 14-20027
                                                                              §
                                                                              §
                                                                              §
                     Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

        RANDY L. ROYAL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $997,032.31 | Assets Exempt: NA |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $875,909.28 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $117,979.80 | |

        3) Total gross receipts of $994,609.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $720.00 (see **Exhibit 2**), yielded net receipts of $993,889.08 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,182,553.88 | $975,752.21 | $575,229.15 | $575,229.15 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $95,571.93 | $95,931.74 | $95,931.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $22,048.06 | $22,048.06 | $22,048.06 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $210,270.16 | $90,415.38 | $90,415.38 | $90,415.38 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $404,437.68 | $335,110.90 | $331,915.03 | $210,264.75 |
| **TOTAL DISBURSEMENTS** | $2,797,261.72 | $1,518,898.48 | $1,115,539.36 | $993,889.08 |

4) This case was originally filed under chapter 7 on 05/29/2015, and it was converted to chapter 7 on 05/29/2015.  The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    02/15/2017                    By: /s/ RANDY L. ROYAL
                                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1995 GMC VIN# 018 | 1229-000 | $100.00 |
| 1994 AUTOCAR DUMP TRUCK VIN# 840 | 1129-000 | $3,610.00 |
| 2000 STERLING VIN#322 | 1129-000 | $6,431.50 |
| 2005 LOAD KING VIN# 544 | 1129-000 | $17,570.90 |
| 2007 CBQT HORSE TRAILER VIN#172 | 1129-000 | $3,500.00 |
| QUESTAR GAS COMPANY - REFUND | 1229-000 | $1,374.75 |
| 1993 LOAD KING VIN# 160 | 1129-000 | $8,408.90 |
| 2005 ZIEM BOAT TRAILER VIN# 304 | 1129-000 | $2,000.00 |
| 1999 BOMAG BW DRUM ROLLER VIN# 1095201520211R | 1229-000 | $3,500.00 |
| 1995 FORD VIN# 695 | 1129-000 | $5,000.00 |
| 1992 CAT EL 200 B VIN#7DF02067 | 1129-000 | $17,620.90 |
| 2006 CAT 420D IT LOADER/BACKHOE VIN# BLN13284 | 1129-000 | $31,572.00 |
| 1980 D7G CRAWLER/TRACTOR VIN#92V8823 | 1129-000 | $41,550.20 |
| OVERPAYMENT BY AUCTIONEER TO ESTATE | 1280-000 | $720.00 |
| 2006 CAT D6R CRAWLER/TRACTOR VIN#GB00394 | 1129-000 | $86,444.00 |
| 1996 PETERBUILT VIN#550 | 1129-000 | $12,531.80 |
| 1997 PETERBUILT WATER TRUCK VIN# 339 | 1129-000 | $9,000.00 |
| 2001 CAT 627 G SCRAPER VIN# AXF00553 | 1129-000 | $136,585.00 |
| PACIFIC STEEL & RECYCLING - CREDIT | 1229-000 | $398.34 |
| 2005 140H VHP MOTOR GRADER VIN# APM02086 | 1129-000 | $111,181.40 |
| 2001 CAT 627 G SCRAPER VIN# AXF00542 | 1129-000 | $145,747.00 |
| 2012 CHEVY VIN# 649 | 1129-000 | $1,000.00 |
| 1987 WESTERN (GLD/MAR) VIN#940 | 1129-000 | $2,911.70 |
| INSURANCE REFUND FROM TEGELER & ASSOCIATES | 1229-000 | $6,250.19 |
| 1992 FORD VIN# 877 | 1129-000 | $60.00 |
| CHECKING ACCOUNT - #1792, #1756 & #208 | 1129-000 | $24,013.80 |
| **TOTAL GROSS RECEIPTS** | | **$679,082.38** |

UST Form 101-7-TDR ( 10 /1/2010)

| | | |
|---|---|---|
| 1994 MALLARD TRAVEL TRAILER | 1129-000 | $1,700.00 |
| 2006 LOAD KING VIN# 432 | 1129-000 | $15,000.00 |
| 2000 PTERBUILT VIN# 983 | 1129-000 | $13,000.00 |
| 1999 IT 28G LOADER 8CP81677 | 1129-000 | $30,000.00 |
| 2007 DODGE VIN# 262 | 1129-000 | $6,250.00 |
| 1987 CAT D7H CRAWLER/TRACTOR | 1129-000 | $52,436.40 |
| 2008 DODGE VIN# 768 | 1129-000 | $6,000.00 |
| 1993 CAT D8N CRAWLER VIN# 5TJ00773 | 1129-000 | $26,000.00 |
| 2005 MBSP BOAT VIN# 505 | 1129-000 | $6,000.00 |
| 2006 CAT 236B SKID STEER LOADER VIN# HEN03358 | 1129-000 | $14,000.00 |
| 2004 CAT 325 CL EXCAVATOR VIN# 325CLBFE1318 | 1129-000 | $65,263.30 |
| 1999 FORD VIN# 011 | 1129-000 | $5,500.00 |
| 1993 KOBELCO KL450 RUBBER TIRE LOADER #04521 | 1129-000 | $6,000.00 |
| 1983 CAT 140G MOTOR GRADER VIN# 72V0659 | 1129-000 | $54,377.00 |
| 2005 DODGE VIN# 050 | 1129-000 | $1,000.00 |
| 2007 GMC VIN# 049 | 1129-000 | $13,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$994,609.08** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOHN JAPP, AUCTIONEER | OVERPAYMENT TO ESTATE OF AUCTION PROCEEDS | 8500-002 | $720.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$720.00** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | RSNB BANK | 4210-000 | NA | $5,038.19 | $0.00 | $0.00 |
| 3 | RSNB BANK | 4210-000 | NA | $2,836.28 | $0.00 | $0.00 |
| 4 | RSNB BANK | 4210-000 | NA | $18,167.40 | $0.00 | $0.00 |
| 5 | RSNB BANK | 4210-000 | NA | $87,576.83 | $0.00 | $0.00 |
| 8 | ALLY FINANCIAL SERVICED BY ALLY SERVICING LLC | 4210-000 | NA | $51,290.53 | $0.00 | $0.00 |
| 10 | ALLY FINANCIAL SERVICED BY ALLY SERVICING LLC | 4210-000 | NA | $23,342.32 | $0.00 | $0.00 |
| 11 | ALLY FINANCIAL SERVICED BY ALLY SERVICING LLC | 4210-000 | NA | $32,037.68 | $0.00 | $0.00 |
| 12 | SHEFFIELD FINANCIAL | 4210-000 | NA | $11,818.68 | $0.00 | $0.00 |
| 17-2 | WEBANK JOSEPH M.R. COVEY | 4210-000 | NA | $168,415.15 | $0.00 | $0.00 |
| 900 | ROCK SPRINGS NATIONAL BANK | 4210-000 | $0.00 | $124,487.80 | $124,487.80 | $124,487.80 |
| 903 | WEBBANK | 4210-000 | $1,307,725.00 | $448,447.70 | $448,447.70 | $448,447.70 |
| 908 | TD AUTO FINANCE | 4210-000 | NA | $2,293.65 | $2,293.65 | $2,293.65 |
| N/F | Rock Springs National Bank | 4110-000 | $111,068.70 | NA | NA | NA |
| N/F | Webank | 4110-000 | $763,760.18 | NA | NA | NA |
| | **TOTAL SECURED** | | **$2,182,553.88** | **$975,752.21** | **$575,229.15** | **$575,229.15** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Randy L. Royal | 2100-000 | NA | $52,944.45 | $52,944.45 | $52,944.45 |
| Trustee, Expenses - Randy L. Royal | 2200-000 | NA | $632.97 | $632.97 | $632.97 |
| Attorney for Trustee Fees - RANDY L. ROYAL | 3110-000 | NA | $375.00 | $375.00 | $375.00 |
| Auctioneer Fees - JOHN JAPP, AUCTIONEER | 3610-000 | NA | $17,716.50 | $17,716.50 | $17,716.50 |
| Auctioneer Expenses - JOHN JAPP, AUCTIONEER | 3620-000 | NA | $754.36 | $754.36 | $754.36 |
| Fees, United States Trustee | 2950-000 | NA | $5,850.00 | $5,850.00 | $5,850.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $0.00 | $359.81 | $359.81 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - TERRY R PITT CONSTRUCTION, INC | 2500-000 | NA | $1,450.00 | $1,450.00 | $1,450.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - BIG HORN COUNTY CLERK | 2500-000 | NA | $180.00 | $180.00 | $180.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $6,979.14 | $6,979.14 | $6,979.14 |
| Income Taxes - Internal Revenue Service (post-petition) - INTERNAL REVENUE SERVICE | 2810-000 | NA | $256.51 | $256.51 | $256.51 |
| Accountant for Trustee Fees (Other Firm) - DENNIS & COMPANY, P.C. | 3410-000 | NA | $8,412.00 | $8,412.00 | $8,412.00 |
| Accountant for Trustee Expenses (Other Firm) - DENNIS & COMPANY, P.C. | 3420-000 | NA | $21.00 | $21.00 | $21.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$95,571.93** | **$95,931.74** | **$95,931.74** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Compensation - KELLY'S CONVENIENCE STORES (KAYAR DISTRIBUTING) | 6101-000 | NA | $5,975.78 | $5,975.78 | $5,975.78 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - INTERNAL REVENUE SERVICE | 6950-730 | NA | $6,072.28 | $6,072.28 | $6,072.28 |
| Attorney for D-I-P Fees - PAUL HUNTER | 6210-160 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$22,048.06** | **$22,048.06** | **$22,048.06** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-4 | INTERNAL REVENUE SERVICE | 5800-000 | NA | $90,415.38 | $90,415.38 | $90,415.38 |
| N/F | null | 5800-000 | $105,135.08 | NA | NA | NA |
| N/F | IRS | 5800-000 | $105,135.08 | NA | NA | NA |
| N/F | IRS | 5800-000 | NA | NA | NA | NA |
| N/F | US Attorney for the IRS District of Wyoming | 5800-000 | NA | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$210,270.16** | **$90,415.38** | **$90,415.38** | **$90,415.38** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-4 | INTERNAL REVENUE SERVICE | 7300-000 | NA | $16,027.66 | $16,027.66 | $0.00 |
| 6-2 | WYOMING MACHINERY COMPANY ATTN: B. MORSS | 7100-000 | NA | $1,773.42 | $1,773.42 | $3,513.15 |
| 7 | JACK'S TRUCK & EQUIPMENT | 7100-000 | NA | $0.00 | $2,779.91 | $1,847.37 |
| 8 | ALLY FINANCIAL SERVICED BY ALLY SERVICING LLC | 7100-000 | NA | $26,489.78 | $26,489.78 | $17,603.54 |
| 9 | JM PARTNERS LLC | 7100-000 | NA | $12,532.55 | $12,532.55 | $8,328.39 |
| 13 | KELLY'S CONVENIENCE STORES (KAYAR DISTRIBUTING) | 7100-000 | NA | $60,289.21 | $54,313.43 | $36,093.49 |
| 14 | INTERNAL REVENUE SERVICE | 7300-000 | NA | $4,963.20 | $4,963.20 | $0.00 |
| 16 | RED HORSE OIL COMPANY, INC. | 7100-000 | NA | $29,385.11 | $29,385.11 | $19,527.61 |
| 17U | WEBANK JOSEPH M.R. COVEY | 7100-000 | NA | $168,415.15 | $168,415.15 | $111,918.75 |
| 18 | ROCKY MOUNTAIN SERVICE BUREAU, INC. | 7100-000 | NA | $11,334.82 | $11,334.82 | $7,532.45 |
| 911 | UNITED STATES TREASURY | 7300-000 | NA | $1,560.00 | $1,560.00 | $1,560.00 |
| 912 | UNITED STATES TREASURY | 7300-000 | NA | $2,340.00 | $2,340.00 | $2,340.00 |
| N/F | American Equipment Company C/O Rocky Mountain Service Bureau | 7100-000 | NA | NA | NA | NA |

| N/F | American Equipment Company c/o Rocky Mountain Service Bureau | 7100-000 | $11,334.82 | NA | NA | NA |
|-----|-----|----------|------------|-----|-----|-----|
| N/F | Gorge Rock | 7100-000 | $12,717.02 | NA | NA | NA |
| N/F | Jack's Truck & Equipment | 7100-000 | $4,000.00 | NA | NA | NA |
| N/F | Jack's Truck & Equipment | 7100-000 | $2,741.04 | NA | NA | NA |
| N/F | Kelly's Convenience Stores | 7100-000 | $60,000.00 | NA | NA | NA |
| N/F | Kelly's Convenience Stores | 7100-000 | $64,403.76 | NA | NA | NA |
| N/F | Mechanalube C/O Heath Lehman | 7100-000 | $18,000.00 | NA | NA | NA |
| N/F | Mechanalube c/o Health Lehman | 7100-000 | $14,892.46 | NA | NA | NA |
| N/F | Redhorse Oil | 7100-000 | $51,000.00 | NA | NA | NA |
| N/F | Redhorse Oil | 7100-000 | $51,282.43 | NA | NA | NA |
| N/F | Skorcz Enterprise | 7100-000 | $35,380.00 | NA | NA | NA |
| N/F | Skorcz Enterprise | 7100-000 | $38,000.00 | NA | NA | NA |
| N/F | Tire Den | 7100-000 | $18,168.67 | NA | NA | NA |
| N/F | Tire Den | 7100-000 | $16,000.00 | NA | NA | NA |
| N/F | Wyoming Machinery | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | Wyoming Machinery | 7100-000 | $3,517.48 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$404,437.68** | **$335,110.90** | **$331,915.03** | **$210,264.75** |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  1

Case No.:    14-20027

Case Name:    RANDY R. PITT CONSTRUCTION, INC., A

For Period Ending:    02/15/2017

Trustee Name:    (700060) RANDY L. ROYAL

Date Filed (f) or Converted (c):    05/29/2015 (c)

§ 341(a) Meeting Date:    07/02/2015

Claims Bar Date:    10/26/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT - #1792, #1756 & #208<br>ACCOUNT BALANCES AT RSNB AFTER CONVERSION TO 7 | 97,616.42 | 24,013.80 | | 24,013.80 | FA |
| 2 | OFFICE EQUIPMENT (DESKS, COMPUTER, CABINETS) | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE (u) | 285,856.00 | 285,856.00 | | 0.00 | FA |
| 4 | RECEIVABLE FROM SHAREHOLDERS (u) | 352,352.31 | 352,352.31 | | 0.00 | FA |
| 5 | 1987 WESTERN (GLD/MAR) VIN#940 | 12,350.00 | 0.00 | | 2,911.70 | FA |
| 6 | 2002 DODGE VIN#712 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7* | 1985 KENWORTH TRACTOR (See Footnote) | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8 | 1979 PETERBUILT VIN#5444 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 1998 GMC VIN#807 | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | 1992 FORD VIN# 877 | 600.00 | 600.00 | | 60.00 | FA |
| 11 | 2004 DODGE VIN# 590 | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | 1995 GMC VIN# 018 (u) | 500.00 | 500.00 | | 100.00 | FA |
| 13 | 1996 VOLVO VIN# 300 | 1,500.00 | 0.00 | | 0.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.:    14-20027

Case Name:    RANDY R. PITT CONSTRUCTION, INC., A

For Period Ending:    02/15/2017

Trustee Name:    (700060) RANDY L. ROYAL

Date Filed (f) or Converted (c):  05/29/2015 (c)

§ 341(a) Meeting Date:  07/02/2015

Claims Bar Date:  10/26/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | 2005 DODGE VIN# 050 | 1,500.00 | 1,500.00 | | 1,000.00 | FA |
| 15 | 1990 GMC VIN# 353 | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | 1985 GMC VIN#001 | 600.00 | 0.00 | | 0.00 | FA |
| 17 | 1992 WHITE GMC DUMP TRUCK VIN# 127<br>ROLLED | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 2000 STERLING VIN#322 | 7,600.00 | 0.00 | | 6,431.50 | FA |
| 19 | 1998 AUTOCAR END DUMP VIN#127<br>DEBTOR SAYS THIS WAS SOLD- DID NOT GIVE A DATE | 9,025.00 | 9,025.00 | | 0.00 | FA |
| 20 | 1997 FORD VIN#715 | 800.00 | 0.00 | | 0.00 | FA |
| 21 | 2007 DODGE VIN# 262 | 12,000.00 | 12,000.00 | | 6,250.00 | FA |
| 22 | 2007 GMC VIN# 049 | 6,000.00 | 6,000.00 | | 13,000.00 | FA |
| 23 | 1994 GMC VIN# 211 | 800.00 | 0.00 | | 0.00 | FA |
| 24 | 1997 PETERBUILT WATER TRUCK VIN# 339 | 21,850.00 | 21,850.00 | | 9,000.00 | FA |
| 25 | 2000 PTERBUILT VIN# 983 | 20,000.00 | 20,000.00 | | 13,000.00 | FA |
| 26 | 2008 DODGE VIN# 768 | 10,000.00 | 10,000.00 | | 6,000.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  3

Case No.:    14-20027

Case Name:    RANDY R. PITT CONSTRUCTION, INC., A

For Period Ending:    02/15/2017

Trustee Name:    (700060) RANDY L. ROYAL

Date Filed (f) or Converted (c):   05/29/2015 (c)

§ 341(a) Meeting Date:   07/02/2015

Claims Bar Date:   10/26/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | 1995 FORD VIN# 695 | 12,825.00 | 12,825.00 | | 5,000.00 | FA |
| 28 | 1996 PETERBUILT VIN#550 | 14,250.00 | 0.00 | | 12,531.80 | FA |
| 29 | 2011 DODGE VIN# 925 | 24,000.00 | 2,964.00 | | 0.00 | FA |
| 30 | 1999 FORD VIN# 011 | 10,000.00 | 10,000.00 | | 5,500.00 | FA |
| 31 | 1994 AUTOCAR DUMP TRUCK VIN# 840 | 10,000.00 | 10,000.00 | | 3,610.00 | FA |
| 32 | 2013 CHEVY VIN# 257 | 40,000.00 | 0.00 | | 0.00 | FA |
| 33 | 2012 CHEVY VIN# 649 | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 34 | 2012 GMC YUKON VIN# 327 | 35,000.00 | 2,454.05 | | 0.00 | FA |
| 35 | 2012 BRP CANAM VIN# 354 | 10,000.00 | 0.00 | | 0.00 | FA |
| 36 | 2001 BIG TEX BUMPER DUMP VIN# 716 | 1,200.00 | 0.00 | | 0.00 | FA |
| 37 | 2006 C&B FLATBED VIN# 905 | 3,000.00 | 0.00 | | 0.00 | FA |
| 38 | 2007 CBQT FLATBED VIN# 555 | 500.00 | 0.00 | | 0.00 | FA |
| 39 | 1994 MALLARD TRAVEL TRAILER | 2,000.00 | 2,000.00 | | 1,700.00 | FA |
| 40 | 2005 MBSP BOAT VIN# 505 | 1,500.00 | 1,500.00 | | 6,000.00 | FA |

Form 1

Exhibit 8

Page: 4

# Individual Estate Property Record and Report
## Asset Cases

Case No.:   14-20027

Case Name:   RANDY R. PITT CONSTRUCTION, INC., A

Trustee Name:   (700060) RANDY L. ROYAL

Date Filed (f) or Converted (c):  05/29/2015 (c)

§ 341(a) Meeting Date:  07/02/2015

For Period Ending:   02/15/2017

Claims Bar Date:  10/26/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 41 | 2005 ZIEM BOAT TRAILER VIN# 304 | 25,000.00 | 25,000.00 | | 2,000.00 | FA |
| 42 | 2007 CBQT HORSE TRAILER VIN#172 | 5,000.00 | 5,000.00 | | 3,500.00 | FA |
| 43 | 2003 LOAD KING VIN# 507 | 34,200.00 | 0.00 | | 0.00 | FA |
| 44 | 2006 LOAD KING VIN# 432 | 19,000.00 | 19,000.00 | | 15,000.00 | FA |
| 45 | 2005 LOAD KING VIN# 544 | 19,000.00 | 19,000.00 | | 17,570.90 | FA |
| 46 | 1993 LOAD KING VIN# 160 | 9,025.00 | 0.00 | | 8,408.90 | FA |
| 47 | 2007 CBQT FLATBED TRAILER VIN# 595 | 1,500.00 | 0.00 | | 0.00 | FA |
| 48 | 1978 COOK BELLY DUMP VIN# 9435 | 0.00 | 0.00 | | 0.00 | FA |
| 49 | 1978 CAT 627B VIN# 14S00771 | 20,900.00 | 0.00 | | 0.00 | FA |
| 50 | 1980 D7G CRAWLER/TRACTOR VIN#92V8823 | 44,650.00 | 0.00 | | 41,550.20 | FA |
| 51 | 1983 CAT 140G MOTOR GRADER VIN# 72V0659 | 59,850.00 | 0.00 | | 54,377.00 | FA |
| 52 | 1987 CAT D7H CRAWLER/TRACTOR | 58,900.00 | 0.00 | | 52,436.40 | FA |
| 53 | 1989 CAT 627E PUSH PULL MOTOR SCRAPER VIN# 750 | 33,250.00 | 0.00 | | 0.00 | FA |
| 54 | 1992 CAT EL 200 B VIN#7DF02067 | 21,850.00 | 0.00 | | 17,620.90 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 5

Case No.:   14-20027

Case Name:   RANDY R. PITT CONSTRUCTION, INC., A

For Period Ending:   02/15/2017

Trustee Name:   (700060) RANDY L. ROYAL

Date Filed (f) or Converted (c):   05/29/2015 (c)

§ 341(a) Meeting Date:   07/02/2015

Claims Bar Date:   10/26/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 55 | 1993 CAT D8N CRAWLER VIN# 5TJ00773 | 85,500.00 | 85,500.00 | | 26,000.00 | FA |
| 56 | 1993 KOBELCO KL450 RUBBER TIRE LOADER #04521 | 12,350.00 | 12,350.00 | | 6,000.00 | FA |
| 57 | 1993 CAT 140G MOTOR GRADER VIN# 72V162239 | 68,400.00 | 0.00 | | 0.00 | FA |
| 58 | 2001 CAT 627 G SCRAPER VIN# AXF00542 | 171,000.00 | 0.00 | | 145,747.00 | FA |
| 59 | 2001 CAT 627 G SCRAPER VIN# AXF00553 | 171,000.00 | 0.00 | | 136,585.00 | FA |
| 60 | 2002 CAT 320CL EXCAVATOR VIN# ANB02981 | 58,900.00 | 0.00 | | 0.00 | FA |
| 61 | 2004 CAT 325 CL EXCAVATOR VIN# 325CLBFE1318 | 69,000.00 | 0.00 | | 65,263.30 | FA |
| 62 | 2005 140H VHP MOTOR GRADER VIN# APM02086 | 114,000.00 | 0.00 | | 111,181.40 | FA |
| 63 | 2006 CAT D6R CRAWLER/TRACTOR VIN#GB00394 | 109,250.00 | 0.00 | | 86,444.00 | FA |
| 64 | 2006 CAT 420D IT LOADER/BACKHOE VIN# BLN13284 | 32,300.00 | 0.00 | | 31,572.00 | FA |
| 65 | 2006 CAT 236B SKID STEER LOADER VIN# HEN03358 | 12,000.00 | 12,000.00 | | 14,000.00 | FA |
| 66 | 1999 IT 28G LOADER 8CP81677 | 32,300.00 | 32,300.00 | | 30,000.00 | FA |
| 67 | 1999 BOMAG BW DRUM ROLLER VIN# 1095201520211R (u) | 11,400.00 | 11,400.00 | | 3,500.00 | FA |
| 68 | B-28 OFFICE EQUIPMENT, FURNISHINGS & SUPPLIES | 6,249.00 | 6,249.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page:  6

**Case No.:**   14-20027

**Case Name:**   RANDY R. PITT CONSTRUCTION, INC., A

**For Period Ending:**   02/15/2017

**Trustee Name:**   (700060) RANDY L. ROYAL

**Date Filed (f) or Converted (c):**   05/29/2015 (c)

**§ 341(a) Meeting Date:**   07/02/2015

**Claims Bar Date:**   10/26/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 69 | IMPROPER ASSET IMPORT FROM ORG BKR FILING | 0.00 | 0.00 | | 0.00 | FA |
| 70 | IMPROPER ASSET IMPORT FROM ORG BKR FILING | 0.00 | 0.00 | | 0.00 | FA |
| 71 | IMPROPER ASSET IMPORT FROM ORG BKR FILING | 0.00 | 0.00 | | 0.00 | FA |
| 72 | IMPROPER ASSET IMPORT FROM ORG BKR FILING | 0.00 | 0.00 | | 0.00 | FA |
| 73 | IMPROPER ASSET IMPORT FROM ORG BKR FILING | 0.00 | 0.00 | | 0.00 | FA |
| 74 | INSURANCE REFUND FROM TEGELER & ASSOCIATES (u) | 0.00 | 6,250.19 | | 6,250.19 | FA |
| 75 | OVERPAYMENT BY AUCTIONEER TO ESTATE (u) | 0.00 | 720.00 | | 720.00 | FA |
| 76 | QUESTAR GAS COMPANY - REFUND (u) | 0.00 | 1,374.75 | | 1,374.75 | FA |
| 77 | PACIFIC STEEL & RECYCLING - CREDIT (u) | 0.00 | 398.34 | | 398.34 | FA |
| **77** | **Assets        Totals**   (Excluding unknown values) | **$2,320,998.73** | **$1,026,482.44** | | **$994,609.08** | **$0.00** |

RE PROP# 7       DOES NOT BELONG TO RANDY PITT CONSTRUCTION

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  7

**Case No.:**   14-20027

**Case Name:**   RANDY R. PITT CONSTRUCTION, INC., A

**For Period Ending:**   02/15/2017

**Trustee Name:**     (700060) RANDY L. ROYAL

**Date Filed (f) or Converted (c):**   05/29/2015 (c)

**§ 341(a) Meeting Date:**   07/02/2015

**Claims Bar Date:**   10/26/2015

**Major Activities Affecting Case Closing:**

2.11.2016 THIS CASE HAS PROGRESSED VERY WELL AND IS NEARLY COMPLETE.  WE NEED TO FINISH THE ESTATE TAX RETURN AND WEBBANK NEEDS TO ACCOUNT TO THE TRUSTEE FOR SALE OF COLLATERAL THAT IS SECURED AND SOLD BY WEBBANK ON 1.25.2016. COLLATERAL WAS SOLD FOR $3,500.00

3.23.2016 WEBBANK'S NEXT AND FINAL AUCTION IS MARCH 24, 2016. WE WILL CONTACT THE BANK TO SEE IF THERE IS A DEFICIENCY OR A SURPLUS

**Initial Projected Date Of Final Report (TFR):**        12/31/2016               **Current Projected Date Of Final Report (TFR):**         08/02/2016 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-20027 | |
| **Case Name:** | RANDY R. PITT CONSTRUCTION, INC., A | |
| **Taxpayer ID #:** | **-***1945 | |
| **For Period Ending:** | 02/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | RANDY L. ROYAL (700060) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2666 Checking Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/20/2015 | {1} | RSNB BANK | DIP ACCOUNT #1756 - GENERAL ACCOUNT | 1129-000 | 256.93 | | 256.93 |
| 07/20/2015 | {1} | RSNB BANK | DIP ACCOUNT #1792 - PAYROLL ACCOUNT | 1129-000 | 1,580.47 | | 1,837.40 |
| 07/20/2015 | {1} | RSNB BANK | DIP ACCOUNT #0208 - TAX ESCROW ACCOUNT (SAVINGS) | 1129-000 | 22,176.40 | | 24,013.80 |
| 07/20/2015 | | RSNB BANK | DIP ACCOUNT #1989 - ASSET LIQUIDATION ACCOUNT | | 669,754.20 | | 693,768.00 |
| | {5} | | NET SALE PROCEEDS $2,911.70 | 1129-000 | | | 693,768.00 |
| | {18} | | NET SALE PROCEEDS $6,431.50 | 1129-000 | | | 693,768.00 |
| | {31} | | NET SALE PROCEEDS $3,610.00 | 1129-000 | | | 693,768.00 |
| | {45} | | NET SALE PROCEEDS $17,570.90 | 1129-000 | | | 693,768.00 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                          *! - transaction has not been cleared*

Exhibit 9
Page:  2

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-20027 | |
| **Case Name:** | RANDY R. PITT CONSTRUCTION, INC., A | |
| **Taxpayer ID #:** | **-***1945 | |
| **For Period Ending:** | 02/15/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | RANDY L. ROYAL (700060) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******2666 Checking Account | |
| **Blanket Bond (per case limit):** | $47,027,358.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {46} | | NET SALE PROCEEDS $8,408.90 | 1129-000 | | | 693,768.00 |
| | {50} | | NET SALE PROCEEDS $41,550.20 | 1129-000 | | | 693,768.00 |
| | {51} | | NET SALE PROCEEDS $54,377.00 | 1129-000 | | | 693,768.00 |
| | {52} | | NET SALE PROCEEDS $52,436.40 | 1129-000 | | | 693,768.00 |
| | {54} | | NET SALE PROCEEDS $17,620.90 | 1129-000 | | | 693,768.00 |
| | {58} | | NET SALE PROCEEDS $145,747.00 | 1129-000 | | | 693,768.00 |
| | {59} | | NET SALE PROCEEDS $136,585.00 | 1129-000 | | | 693,768.00 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

Exhibit 9
Page:   3

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-20027 | |
| **Case Name:** | RANDY R. PITT CONSTRUCTION, INC., A | |
| **Taxpayer ID #:** | **-***1945 | |
| **For Period Ending:** | 02/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | RANDY L. ROYAL (700060) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2666 Checking Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {61} | | NET SALE PROCEEDS $65,263.30 | 1129-000 | | | 693,768.00 |
| | {62} | | NET SALE PROCEEDS $111,181.40 | 1129-000 | | | 693,768.00 |
| | {63} | | NET SALE PROCEEDS $86,444.00 | 1129-000 | | | 693,768.00 |
| | {64} | | NET SALE PROCEEDS $31,572.00 | 1129-000 | | | 693,768.00 |
| | {28} | | NET SALE PROCEEDS $12,531.80 | 1129-000 | | | 693,768.00 |
| | | ROCK SPRINGS NATIONAL BANK | SECURED LIEN ON EQUIPMENT - PROCEEDS WITHHELD BY BANK -$124,487.80 | 4210-000 | | | 693,768.00 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 332.62 | 693,435.38 |

*{} Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

Exhibit 9
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-20027 | Trustee Name: | RANDY L. ROYAL (700060) |
|---|---|---|---|
| Case Name: | RANDY R. PITT CONSTRUCTION, INC., A | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1945 | Account #: | ******2666 Checking Account |
| For Period Ending: | 02/15/2017 | Blanket Bond (per case limit): | $47,027,358.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/20/2015 | | WEBBANK | PAYMENT FOR UNDISPUTED PROCEEDS PURSUANT TO ORDER OF RELIEF | 4210-000 | | 448,447.70 | 244,987.68 |
| 08/24/2015 | | TERRY R PITT CONSTRUCTION, INC | 10% DEPOSIT ON PURCHASE OF 1999 IT 28 LOADER, 2005 LOAD KING BOTTOM DUMP, HORSE TRAILER & 2012 RED GMC DURAMAX | 1129-000 | 4,950.00 | | 249,937.68 |
| | {33} | | 10% DEPOSIT ON PURCHASE 2012 GMC (TOTALED)<br><br>$100.00 | 1129-000 | | | 249,937.68 |
| | {42} | | 10% DEPOSIT ON PURCHASE OF HORSE TRAILER<br><br>$350.00 | 1129-000 | | | 249,937.68 |
| | {66} | | 10% DEPOSIT O 1999 IT 28 LOADER<br><br>$3,000.00 | 1129-000 | | | 249,937.68 |
| | {44} | | 10% DEPOSIT ON 2006 LOAD KING<br><br>$1,500.00 | 1129-000 | | | 249,937.68 |

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page:  5

| | | |
|---|---|---|
| **Case No.:** | 14-20027 | |
| **Case Name:** | RANDY R. PITT CONSTRUCTION, INC., A | |
| **Taxpayer ID #:** | **-***1945 | |
| **For Period Ending:** | 02/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | RANDY L. ROYAL (700060) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2666 Checking Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 771.60 | 249,166.08 |
| 09/09/2015 | 101 | TERRY R PITT CONSTRUCTION, INC | MOVING FEE FOR ROLLER & WATER TRUCK TO ROCK SPRINGS Voided on 09/15/2015 | 2500-000 | | 1,450.00 | 247,716.08 |
| 09/15/2015 | 101 | TERRY R PITT CONSTRUCTION, INC | MOVING FEE FOR ROLLER & WATER TRUCK TO ROCK SPRINGS Voided: check issued on 09/09/2015 | 2500-000 | | -1,450.00 | 249,166.08 |
| 09/15/2015 | 102 | TERRY R PITT CONSTRUCTION, INC | MOVING FEE FOR ROLLER & WATER TRUCK | 2500-000 | | 1,450.00 | 247,716.08 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 382.35 | 247,333.73 |
| 10/02/2015 | 103 | BIG HORN COUNTY CLERK | 12 NEW TITLES | 2500-000 | | 180.00 | 247,153.73 |
| 10/23/2015 | | TERRY R PITT CONSTRUCTION | BALANCE FOR PURCHASE OF 1999 LOADER, 2005 LOAD KING, 2007 HORSE TRAILER & 2012 GMC | 1129-000 | 44,550.00 | | 291,703.73 |
| | {66} | | 1999 LOADER            $27,000.00 | 1129-000 | | | 291,703.73 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                   *! - transaction has not been cleared*

Exhibit 9
Page:  6

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-20027 | Trustee Name: | RANDY L. ROYAL (700060) |
|---|---|---|---|
| Case Name: | RANDY R. PITT CONSTRUCTION, INC., A | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1945 | Account #: | ******2666 Checking Account |
| For Period Ending: | 02/15/2017 | Blanket Bond (per case limit): | $47,027,358.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {44} | | 2005 LOAD KING $13,500.00 | 1129-000 | | | 291,703.73 |
| | {42} | | 2007 HORSE TRAILER $3,150.00 | 1129-000 | | | 291,703.73 |
| | {33} | | 2012 GMC DURAMAX $900.00 | 1129-000 | | | 291,703.73 |
| 10/26/2015 | {74} | TEGELER & ASSOCIATES | INSURANCE PREMIUM REFUND | 1229-000 | 6,250.19 | | 297,953.92 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 365.05 | 297,588.87 |
| 11/02/2015 | | JOHN JAPP, AUCTIONEER | | | 118,830.00 | | 416,418.87 |
| | {10} | | 1992 Ford $60.00 | 1129-000 | | | 416,418.87 |
| | {12} | | 1995 GMC $100.00 | 1229-000 | | | 416,418.87 |

*{ } Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**      *! - transaction has not been cleared*

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page:  7

| | |
|---|---|
| **Case No.:** | 14-20027 |
| **Case Name:** | RANDY R. PITT CONSTRUCTION, INC., A |
| **Taxpayer ID #:** | **-***1945 |
| **For Period Ending:** | 02/15/2017 |

| | |
|---|---|
| **Trustee Name:** | RANDY L. ROYAL (700060) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2666 Checking Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {14} | | 2005 Dodge $1,000.00 | 1129-000 | | | 416,418.87 |
| | {21} | | 2007 Dodge $6,250.00 | 1129-000 | | | 416,418.87 |
| | {22} | | 2007 GMC $13,000.00 | 1129-000 | | | 416,418.87 |
| | {24} | | 1997 Peterbuilt Water Truck $9,000.00 | 1129-000 | | | 416,418.87 |
| | {25} | | 2000 Dodge $13,000.00 | 1129-000 | | | 416,418.87 |
| | {26} | | 2008 Dodge $6,000.00 | 1129-000 | | | 416,418.87 |
| | {27} | | 1995 Ford $5,000.00 | 1129-000 | | | 416,418.87 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page:  8

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-20027 | |
| **Case Name:** | RANDY R. PITT CONSTRUCTION, INC., A | |
| **Taxpayer ID #:** | **-***1945 | |
| **For Period Ending:** | 02/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | RANDY L. ROYAL (700060) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2666 Checking Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {30} | | 1999 Ford<br>$5,500.00 | 1129-000 | | | 416,418.87 |
| | {39} | | 1994 Mallard<br>$1,700.00 | 1129-000 | | | 416,418.87 |
| | {40} | | 2005 MBSP Boat<br>$6,000.00 | 1129-000 | | | 416,418.87 |
| | {41} | | 2005 Ziem Boat Trailer<br>$2,000.00 | 1129-000 | | | 416,418.87 |
| | {55} | | 1993 CAT D8N<br>$26,000.00 | 1129-000 | | | 416,418.87 |
| | {56} | | 1993 Kobelco Tire Loader<br>$6,000.00 | 1129-000 | | | 416,418.87 |
| | {65} | | 2006 Skid Steer<br>$14,000.00 | 1129-000 | | | 416,418.87 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                          *! - transaction has not been cleared*

Exhibit 9
Page: 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-20027 | |
| **Case Name:** | RANDY R. PITT CONSTRUCTION, INC., A | |
| **Taxpayer ID #:** | **-***1945 | |
| **For Period Ending:** | 02/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | RANDY L. ROYAL (700060) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2666 Checking Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {67} | | 1999 Drum Roller $3,500.00 | 1229-000 | | | 416,418.87 |
| | {75} | | Overpayment from Auctioneer $720.00 | 1280-000 | | | 416,418.87 |
| 11/03/2015 | 104 | TD AUTO FINANCE | LIEN PAYOFF FOR 2008 DODGE VIN: 3D6WD68A08G124768 | 4210-000 | | 2,293.65 | 414,125.22 |
| 11/25/2015 | 105 | UNITED STATES TREASURY | PENALTY FOR LATE FILED 2014 S-CORP TAX RETURN TIN: 47-0851945 | 7300-000 | | 1,560.00 | 412,565.22 |
| 11/25/2015 | 106 | UNITED STATES TREASURY | PENALTY FOR LATE FILED 2013 S-CORP TAX RETURN TIN: 47-0851945 | 7300-000 | | 2,340.00 | 410,225.22 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 554.55 | 409,670.67 |
| 12/01/2015 | 107 | INTERNATIONAL SURETIES, LTD. | BOND # 016027974 | 2300-000 | | 359.81 | 409,310.86 |
| 12/07/2015 | 108 | JOHN JAPP, AUCTIONEER | AUCTIONEER COMMISSION PURSUANT TO COURT ORDER DATED 12-2-2015 | 3610-000 | | 17,716.50 | 391,594.36 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 10

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-20027 | |
| **Case Name:** | RANDY R. PITT CONSTRUCTION, INC., A | |
| **Taxpayer ID #:** | **-***1945 | |
| **For Period Ending:** | 02/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | RANDY L. ROYAL (700060) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2666 Checking Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/07/2015 | 109 | JOHN JAPP, AUCTIONEER | AUCTIONEER EXPENSES PURSUANT TO COURT ORDER DATED 12-2-2015 | 3620-000 | | 754.36 | 390,840.00 |
| 12/16/2015 | {77} | PACIFIC STEEL & RECYCLING | CREDIT | 1229-000 | 398.34 | | 391,238.34 |
| 12/16/2015 | {76} | QUESTAR GAS COMPANY | REFUND | 1229-000 | 1,374.75 | | 392,613.09 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 635.56 | 391,977.53 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 543.56 | 391,433.97 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 542.76 | 390,891.21 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 616.85 | 390,274.36 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 541.15 | 389,733.21 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 540.40 | 389,192.81 |
| 06/27/2016 | 110 | INTERNAL REVENUE SERVICE | EIN: 47-0851945, TAX PERIOD 12-31-2015 (940) | 2810-000 | | 256.51 | 388,936.30 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 614.17 | 388,322.13 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 11

## Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 14-20027 | | | **Trustee Name:** | RANDY L. ROYAL (700060) | |
| **Case Name:** | RANDY R. PITT CONSTRUCTION, INC., A | | | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***1945 | | | **Account #:** | ******2666 Checking Account | |
| **For Period Ending:** | 02/15/2017 | | | **Blanket Bond (per case limit):** | $47,027,358.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/20/2016 | 111 | DENNIS & COMPANY, P.C. | ACCOUNTANT FEE PURSUANT TO COURT ORDER DATED 7-20-2016 | 3410-000 | | 8,412.00 | 379,910.13 |
| 07/20/2016 | 112 | DENNIS & COMPANY, P.C. | ACCOUNTANT EXPENSES PURSUANT TO COURT ORDER DATED 7-20-2016 | 3420-000 | | 21.00 | 379,889.13 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 538.52 | 379,350.61 |
| 10/12/2016 | 113 | JOHN JAPP, AUCTIONEER | OVERPAYMENT TO ESTATE OF AUCTION PROCEEDS | 8500-002 | | 720.00 | 378,630.61 |
| 11/16/2016 | 114 | Randy L. Royal | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $52,944.45 Admin Ch. 7 100.00% FEE | 2100-000 | | 52,944.45 | 325,686.16 |
| 11/16/2016 | 115 | Randy L. Royal | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $632.97 Admin Ch. 7 100.00% TE | 2200-000 | | 632.97 | 325,053.19 |
| 11/16/2016 | 116 | UNITED STATES TRUSTEE'S OFFICE | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $5,850.00 Admin Ch. 7 100.00% 15 | 2950-000 | | 5,850.00 | 319,203.19 |

Exhibit 9
Page:  12

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-20027 | |
| **Case Name:** | RANDY R. PITT CONSTRUCTION, INC., A | |
| **Taxpayer ID #:** | **-***1945 | |
| **For Period Ending:** | 02/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | RANDY L. ROYAL (700060) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2666 Checking Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/16/2016 | 117 | RANDY L. ROYAL | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $375.00 Admin Ch. 7 100.00% 901 | 3110-000 | | 375.00 | 318,828.19 |
| 11/16/2016 | 118 | KELLY'S CONVENIENCE STORES (KAYAR DISTRIBUTING) | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $5,975.78 Admin Ch. 11 100.00% 13 | 6101-000 | | 5,975.78 | 312,852.41 |
| 11/16/2016 | 119 | INTERNAL REVENUE SERVICE | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $6,072.28 Admin Ch. 11 100.00% 14 | 6950-730 | | 6,072.28 | 306,780.13 |
| 11/16/2016 | 120 | PAUL HUNTER | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $10,000.00 Admin Ch. 11 100.00% 902 | 6210-160 | | 10,000.00 | 296,780.13 |
| 11/16/2016 | 121 | INTERNAL REVENUE SERVICE | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $90,415.38 Priority 100.00% 1P-4 | 5800-000 | | 90,415.38 | 206,364.75 |
| 11/16/2016 | 122 | WYOMING MACHINERY COMPANY ATTN: ARIK | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $5,286.57 Unsecured 66.45% 6 | 7100-000 | | 3,513.15 | 202,851.60 |

{} Asset Reference(s)        **UST Form 101-7-TDR ( 10 /1/2010)**                                    ! - transaction has not been cleared

## Form 2

Exhibit 9

Page:  13

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-20027 | |
| **Case Name:** | RANDY R. PITT CONSTRUCTION, INC., A | |
| **Taxpayer ID #:** | **-***1945 | |
| **For Period Ending:** | 02/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | RANDY L. ROYAL (700060) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2666 Checking Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/16/2016 | 123 | JACK'S TRUCK & EQUIPMENT | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $2,779.91 Unsecured 66.45% 7 | 7100-000 | | 1,847.37 | 201,004.23 |
| 11/16/2016 | 124 | ALLY FINANCIAL SERVICED BY ALLY SERVICING LLC | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $26,489.78 Unsecured 66.45% 8 | 7100-000 | | 17,603.54 | 183,400.69 |
| 11/16/2016 | 125 | JM PARTNERS LLC | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $12,532.55 Unsecured 66.45% 9 | 7100-000 | | 8,328.39 | 175,072.30 |
| 11/16/2016 | 126 | KELLY'S CONVENIENCE STORES (KAYAR DISTRIBUTING) | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $54,313.43 Unsecured 66.45% 13 | 7100-000 | | 36,093.49 | 138,978.81 |
| 11/16/2016 | 127 | RED HORSE OIL COMPANY, INC. | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $29,385.11 Unsecured 66.45% 16 | 7100-000 | | 19,527.61 | 119,451.20 |
| 11/16/2016 | 128 | WEBANK JOSEPH M.R. COVEY | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $168,415.15 Unsecured 66.45% 17U | 7100-000 | | 111,918.75 | 7,532.45 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

Exhibit 9
Page: 14

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-20027 | |
| **Case Name:** | RANDY R. PITT CONSTRUCTION, INC., A | |
| **Taxpayer ID #:** | **-***1945 | |
| **For Period Ending:** | 02/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | RANDY L. ROYAL (700060) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2666 Checking Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/16/2016 | 129 | ROCKY MOUNTAIN SERVICE BUREAU, INC. | 14-20027 RANDY R. PITT CONSTRUCTION, INC., A $11,334.82 Unsecured 66.45% 18 | 7100-000 | | 7,532.45 | 0.00 |

|  | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 870,121.28 | 870,121.28 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 870,121.28 | 870,121.28 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $870,121.28 | $870,121.28 | |

**Form 2**

Exhibit 9
Page:  15

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-20027 | | **Trustee Name:** | RANDY L. ROYAL (700060) |
| **Case Name:** | RANDY R. PITT CONSTRUCTION, INC., A | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***1945 | | **Account #:** | ******2666 Checking Account |
| **For Period Ending:** | 02/15/2017 | | **Blanket Bond (per case limit):** | $47,027,358.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2666 Checking Account | $870,121.28 | $870,121.28 | $0.00 |
| | **$870,121.28** | **$870,121.28** | **$0.00** |